FILED
October 26, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                    )     Case No. 2:15-mj-00209-CKD
      Plaintiff,            )
v.                              )
                                    )    ORDER FOR RELEASE OF
ALFREDO MARTINEZ JURADO,     )    PERSON IN CUSTODY
                                    )
      Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, ALFREDO MARTINEZ JURADO, Case No. 2:15-mj-00209-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        ___    Release on Personal Recognizance

        _X_    Bail Posted in the Sum of: $50,000.00.

              _X_    Co-Signed Unsecured Appearance Bond

              ___    Secured Appearance Bond

              _X_    (Other) Conditions as stated on the record.

              ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/26/2015  at  2:44 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge