HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
ALFREDO MARTINEZ JURADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:15-mj-209 CKD |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. ) | |
| ALFREDO MARTINEZ JURADO, ) | |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Alfredo Martinez Jurado, through their respective attorneys, that the release conditions imposed on Mr. Jurado on October 26, 2015 (Docket #10), may be modified as set forth below.

   18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your niece, **and/or nephews,** with whom you shall not have contact unless supervised by a family member with whom you reside;

   All other conditions shall remain in force.

///

////

////

Stipulation to Modify Special Condition of Release        -1-         *U.S. v Jurado, 2:15-mj-209 CKD*

Dated: November 2, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ALFREDO MARTINEZ JURADO

Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that that the following release condition is modified to:

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your niece**, and/or nephews,** with whom you shall not have contact unless supervised by a family member with whom you reside;

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  November 2, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge