HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFREDO JURADO MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mj-209 CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| ALFREDO JURADO MARTINEZ, | Date:     December 17, 2015 Time:     2:00 p.m. Judge:   Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for Alfredo Jurado Martinez, that:

1.  The Complaint in this case was filed on October 22, 2015, and the defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 26, 2015. The court has most recently set a preliminary hearing date of December 17, 2015.

2.  By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 14, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to sort

1    out a factual basis for the case as well as continue negotiations toward a

2    non-trial disposition.

3      3. The parties further agree that good cause exists for the extension of time,

4    and that the extension of time would not adversely affect the public

5    interest in the prompt disposition of criminal cases. Therefore, the parties

6    request that the time between December 17, 2015, and January 14, 2016,

7    be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

8

9    IT IS SO STIPULATED.

10

11 DATED: December 16, 2015      HEATHER E. WILLIAMS

12                         Federal Defender

13                         */s/ Matthew M. Scoble*

14                         MATTHEW M. SCOBLE

15                         Assistant Federal Defender
                          Attorney for JUANA CARINA IBARRA

16

17 DATED: December 16, 2015      BENJAMIN B. WAGNER
                          United States Attorney

18

19                         */s/ Michelle Rodriguez*

20                         MICHELLE RODRIGUEZ
                        Assistant U.S. Attorney

21

22

23

24

25

26

27

28

**O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 16, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to January 14, 2016, at 2:00 p.m.

2. The time between December 17, 2015, and January 14, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.


DATED: December 17, 2015

_____
HON. ALLISON CLAIRE
United States Magistrate Judge