DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553

Attorney for Defendant
ALFREDO M. JURADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S. 16-0003-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO AMEND DEFENDANT'S CONDITIONS OF RELEASE |
| V. | ) | |
| ALFREDO M. JURADO, | ) | Date: April 14, 2016 |
| | ) | Time: 2:00 P.M. |
| Defendant. | ) | Judge: Hon. EDMUND F. BRENNAN |

Defendant Alfredo M. Jurado, by and through his attorney, Dennis S. Waks, and the United States, through Assistant United States Attorney, Michelle Rodriguez, hereby jointly stipulate to the following regarding conditions of Defendant Jurado's pre-trial release:

Mr. Jurado requests that Special Condition #13, of the SECOND AMENDED SPECIAL CONDITIONS OF RELEASE, be amended to expand the defendant's hours not under curfew. (See attachment). This will allow Mr. Jurado the ability to work additional hours at his employment.

Furthermore, the party's request that Special Condition #21 be added to require the defendant to participate in a program of medical or psychiatric treatment. This additional condition is being added since the defendant is requesting mental health counseling for the

stressors related to the pending federal criminal case.  Pre-trial Services Officer Renee Basurto, the Government and defense counsel all consent to this Proposed Stipulation.

It is so stipulated.

Dated: March 3, 2016

                                                Respectfully Submitted,

                                                /s/ DENNIS S. WAKS

                                                _____
                                                DENNIS S. WAKS
                                                Attorney for Defendant
                                                ALFREDO M. JURADO

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                _____
                                                /s/ DENNIS S. WAKS FOR

                                                MICHELLE RODRIGUEZ
                                                Assistant United States Attorney

So Ordered.

Dated:  March 4, 2016.   _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE

**SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

                        Re: Alfredo Martinez Jurado
                        No.: 2:15-MJ-0209-CKD
                        Date: March 1, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of Rosa-Elena Samano;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall cooperate in the collection of a DNA sample;

6. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW: You shall remain inside your residence Monday through Friday from 7 p.m. to 5 a.m., and every Saturday and Sunday from 7 p.m. to 7 a.m. or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

14. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

15. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer; however, your father-in-law may possess one wireless network in the home that must be password protected at all time.

16. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer; however, your wife, daughter, niece, mother- and father-in-law, brother-in-law, and sister-in-law, may each possess on laptop computer provided it is password protected and removed from the home whenever they are not present;

17. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your niece, and/or nephews, with whom you shall not have contact unless supervised by a family member with whom you reside;

19. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and

20. You shall provide Pretrial Services with a copy of your company's Computer Use and Monitoring Policy within 48 hours of returning to your employment.  However, should the Computer Monitoring policy not be received within 48 hours or does not exist, Pretrial Services shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

21. **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**